UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-23500-DPG

HOWARD COHAN,

    Plaintiff,

vs.

SUNSHINE GASOLINE DISTRIBUTORS, INC,
a Florida Profit Corporation; WEST DADE
C-STORES INC, a Florida Profit Corporation

    Defendant(s).

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendants, SUNSHINE GASOLINE DISTRIBUTORS, INC and WEST DADE C-STORES INC, Florida Profit Corporation, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against SUNSHINE GASOLINE DISTRIBUTORS, INC and WEST DADE C-STORES INC, Florida Profit Corporation; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement

RESPECTFULLY SUBMITTED December 19, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Raphael J. Marjenberg**
Raphael J. Marjenberg, Esq.
Florida Bar No.: 1049298
Edward S. Polk, Esq.
Florida Bar No.: 239860
COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Blvd
Suite 1400
Miami, FL 33156
Telephone: 786-268-6782
Facsimile: 305-272-2294
Primary Email: Edward.polk@csklegal.com
Secondary email:
raphael.marjenberg@csklegal.com
Alternate email: danise.townsend@csklegal.com

1

2

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

   **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**

2